No. 85–1188. ROSE v. SUPREME COURT OF COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 85–1189. LONG-AIRDOX CO., DIVISION OF THE MARMON GROUP, INC. v. KESSLER ET AL. Cir. Ct. W. Va., Fayette County. Certiorari denied.

No. 85–1198. GROM v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1227. BRIEHLER v. SYLVIA'S, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–1228. BENTON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 85–1230. DANIEL B. ET AL. v. WISCONSIN DEPARTMENT OF PUBLIC INSTRUCTION ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–1238. HOLMES v. DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS. Ct. App. D. C. Certiorari denied.

No. 85–1240. DANIEL A. TORRES, M. D., P. C., ET AL. v. EASTLICK, TRUSTEE OF NORTH AMERICAN COIN & CURRENCY, LTD. C. A. 9th Cir. Certiorari denied.

No. 85–1243. NOVICKY v. SYNTEX OPHTHALMICS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–1245. GAF CORP. v. WERNER. Ct. App. N. Y. Certiorari denied.

No. 85–1247. CHMELICKY v. MUCHEWICZ. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 85–1248. MALONE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 85–1249. McCOLLUM v. REID. Ct. App. N. Y. Certiorari denied.

No. 85–1255. GOSLIN v. McDERMOTT, INC. C. A. 5th Cir. Certiorari denied.